IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:13CR61 |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| JOHN RICHARD BOVE, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on August 20, 2021, for sentencing on the Government's request for revocation of Defendant John Richard Bove's supervised release. The Defendant was present and represented by counsel.

The Probation Officer's report states that Defendant committed the following violations:

1. New Law Violation

2. Leaving the Judicial District without Permission

The Court finds defendant in violation of Violation Nos. 1 and 2. The Defendant sentenced to custody of the Bureau of Prisons for 24 months, which shall run consecutively to sentence in Ashtabula County Case No. 2017CR296. No supervision to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED:  August 20, 2021